No. 93–9439. IN RE ZOLICOFFER;
No. 93–9670. IN RE VARGAS;
No. 93–9738. IN RE SEAGRAVE;
No. 94–5261. IN RE HUTCHINGS VON LUDWITZ;
No. 94–5336. IN RE CRUMB;
No. 94–5545. IN RE MARTINEZ;
No. 94–5581. IN RE HARRELL;
No. 94–5608. IN RE GOSSAGE ET AL.;
No. 94–5685. IN RE JONES; and

No. 94–5885. IN RE TUCKER. Petitions for writs of habeas corpus denied.